IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:04CR326
                                )
      v.                        )
                                )
FREDDIE WILLIS,                 )        ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 55). The Court notes defendant has filed a written waiver of speedy trial. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; trial of this matter is rescheduled for:

**Monday, August 1, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 20, 2005, and August 1, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court