IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cr326 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE L. WILLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 57 be stricken from the record for the following reasons:

- Duplicate document of number 58.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 57 from the record.

DATED this 6th$^{th}$ day of July, 2005.

BY THE COURT:


/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court