IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:04CR326
                              )
      v.                      )
                              )
FREDDIE WILLIS,               )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 54), recommending that defendant's motion to suppress (Filing No. 51) be denied as moot, without prejudice. The Court has reviewed the report and recommendation and finds it should be adopted. Accordingly,

IT IS ORDERED that the report and recommendation of the magistrate judge is approved and adopted. Defendant's motion to suppress is denied as moot, without prejudice.

DATED this 19th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court