IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR326 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE WILLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the waiver of jury trial (Filing No. 58), filed by defendant, and the notice of plaintiff (Filing No. 59) that the United States of America does not consent to a non-jury trial. Accordingly,

IT IS ORDERED that this matter will be a jury trial scheduled to commence on:

**August 1, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court