IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR326 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE WILLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for writ of habeas corpus ad testificandum for Anthony L. Smith (Filing No. 67). Accordingly,

IT IS ORDERED that defendant's motion is granted; a writ of habeas corpus ad testificandum shall issue.

DATED this 2nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

Writ Issued on 8/2/05          1 cert copy USA, USM