IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CR326
                               )
       v.                      )
                               )
FREDDIE WILLIS,                )           ORDER
                               )
              Defendant.       )
_____ )
```

This matter is before the Court on defendant's motion to continue sentencing date (Filing No. 93). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; sentencing is continued to:

**Monday, November 21, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court