IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )         8:04CR326
                             )
      v.                     )
                             )
FREDDIE WILLIS,              )         ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on defendant's motion for acquittal (Filing No. 86), and motion for new trial (Filing No. 87). The Court has reviewed the motion and the evidence as presented at trial and finds said motions should be denied. Accordingly,

IT IS ORDERED that the motions for acquittal and for new trial are denied.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
        LYLE E. STROM, Senior Judge
        United States District Court