IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR326 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE WILLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 122). Accordingly,

IT IS ORDERED:

1) A hearing on plaintiff's Rule 35 motion is scheduled for:

**Thursday, November 16, 2006, at 8:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) Donald Fiedler is reappointed under the Criminal Justice Act to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 1st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court