IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:04CR326
                              )
       v.                     )
                              )
FREDDIE WILLIS,               )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 130 and 137), defendant's motion for leave to proceed *in forma pauperis* (Filing No. 131), and the joint stipulation of the parties (Filing No. 139).  Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 32 to 30.  His criminal history category remains at V.  The government and defense agree that his sentence should be reduced to one hundred (100) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures.  Accordingly,

    IT IS ORDERED:

    1) Said motions to reduce sentence are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred (100) months.

    2) Defendant's motion for leave to proceed *in forma pauperis* is denied as moot.

       3)  The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

       DATED this 26th day of August, 2008.

                        BY THE COURT:

                        /s/ Lyle E. Strom

                        _____
                         LYLE E. STROM, Senior Judge
                         United States District Court