IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:04CR326
                             )
       v.                    )
                             )
FREDDIE WILLIS,              )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue supervised release revocation hearing (Filing No. 201). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 185) is rescheduled for:

**Thursday, April 10, 2014, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court