IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR326 |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDIE WILLIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 10, 2014, the defendant appeared on the petition for warrant or summons for offender under supervision (Filing No. 185).  Defendant was present and represented by Jeffrey L. Thomas, Assistant Public Defender.  Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney.  The defendant admitted that Allegation Nos. 2 and 3 contained in the petition are true, and the Court found the defendant to be in violation of the conditions of his supervised release.  The Court proceeded to disposition.

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked.  Defendant is sentenced to a term of seven (7) months incarceration with credit for time served since September 12, 2013.  His custody will be deemed completed upon his release at 11 a.m. on April 11, 2014.

2) Defendant shall remain on supervised release pursuant to the terms ordered by this Court on December 15, 2005. In addition, he shall participate in and successfully complete treatment at Williams Prepared Place, which placement shall begin upon his release from custody on April 11, 2014.

3) The defendant shall not have contact with Joeanna Ball-Willis unless it is in court for scheduled proceedings.

4) On the motion of the plaintiff, Allegation No. 1 of the petition is dismissed.

DATED this 11th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____