IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FREDDIE L. WILLIS,

Defendant.

8:04CR326

ORDER

On November 24, 2014, the defendant appeared through counsel on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 209). Defendant was present and represented by Jeffrey L. Thomas. Plaintiff was represented Donald J. Kleine, Assistant United States Attorney.   The defendant admitted that allegations 1 and 3 contained within the petition are true, and the Court found the defendant to be in violation of conditions of his supervised release.  The Court then proceeded to disposition.

IT IS ORDERED:

1)  Defendant's supervised release is hereby revoked, and the defendant is sentenced to one (1) year and one (1) day incarceration, with credit for time served. Upon completion of his incarceration, there is no supervised release to follow and the defendant's obligations on this matter will be deemed completed.

2)  On motion of the plaintiff, allegation number 2 of the petition is dismissed.

DATED this 24th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.


_____
Signature of Defendant


## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.


UNITED STATES WARDEN


By: _____


**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**


## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20___.


UNITED STATES WARDEN


By: _____